**Adelbys Tamayo LOPEZ, Relator,**

v.

**JBS USA, LLC, and Zurich American Insurance Co./Sedgwick CMS, Inc., Respondents,**

and

**Sanford Health, Intervenor.**

No. A15–1730.

Supreme Court of Minnesota.

March 22, 2016.

Rehearing Denied May 3, 2016.

Adelbys Tamayo Lopez, Denison, Iowa, pro se relator.

William G. Laak, Brian J. Kluk, McCollum, Crowley, Moschet, Miller & Laak, Ltd., Minneapolis, Minnesota, for respondents.

#### AMENDED ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that relator's motion to accept new evidence be, and the same is, denied.

IT IS FURTHER ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on September 28, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/————————————
David R. Stras
Associate Justice

CHUTICH, J., not having been a member of this court at the time of submission, took no part in the consideration or decision of this case.